**CHIEF JUSTICE**
  ROGELIO VALDEZ

**JUSTICES**
  NELDA V. RODRIGUEZ
  DORI CONTRERAS GARZA
  GINA M. BENAVIDES
  GREGORY T. PERKES
  NORA L. LONGORIA

**CLERK**
  DORIAN E. RAMIREZ



# Court of Appeals
## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

January 27, 2015

Hon. Aurora De La Garza
District Clerk
Cameron County Courthouse
974 E. Harrison
Brownsville, TX 78520
* DELIVERED VIA E-MAIL *

Re:      Cause No. 13-14-00536-CV
Tr.Ct.No.  2012-DCL-7930-I
Style:    Joey Eddeek d/b/a Joe's Quick Stop #2 v. Wright Fuel Distributors, LLC

The judgment of the trial court in the above cause was DISMISSED-WANT OF JURISDICTION by this Court on the 11/13/2014. The mandate is enclosed.

Costs of the appeal were adjudged against appellant, Joey Eddeek d/b/a Joe's Quick Stop #2.

Pursuant to Section 51.204(b) of the Government Code, the attorneys of record are hereby notified that any exhibits submitted to the Court by a party may be withdrawn by that party or the party's attorney of record within 30 days. Exhibits on file with the Court will be destroyed three (3) years after final disposition of the case or at an earlier date if ordered by the Court.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch
Enc.
cc:  Hon. J. Joseph Vale Jr. (DELIVERED VIA E-MAIL)
      Hon. Noe Robles (DELIVERED VIA E-MAIL)